

DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089
www.dlapiper.com

Richard A. Chesley
Richard.Chesley@dlapiper.com
T  312.368.3430
F  312.630.5330

January 20, 2021

*VIA ECF*

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Everlast World's Boxing Headquarters Corp. v. Transform SR LLC, et al.*,
             Case No. 20 Civ. 9095 (RA)

Dear Judge Abrams:

    We represent defendants and counterclaim-plaintiffs Transform SR LLC, Transform KM LLC and Transform SR Holdings LLC in the referenced action, and write on behalf of all parties in response to the Court's January 13, 2021 Order ("Order") [Dkt. No. 17].

    In the Order, the Court directed the parties to meet and confer, and to jointly propose a schedule for any anticipated motions. Since the Court entered its Order the parties have met and conferred on anticipated motion practice, jurisdictional issues, and related items. The parties believe that further discussions would be productive, and respectfully request that the Court adjourn the deadline to submit the joint letter an additional week, or up to and including January 27, 2021. The proposed adjournment will not impact any other case deadlines.

                            Sincerely,

                            */s/ Richard A. Chesley*

                            Richard A. Chesley

cc:    Jed R. Schlacter

                            Application granted.

                            SO ORDERED.

                            Hon. Ronnie Abrams
                            01/21/2021