

DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089
www.dlapiper.com

Richard A. Chesley
Richard.Chesley@dlapiper.com
T  312.368.3430
F  312.630.5330

January 27, 2021

V<small>IA</small> ECF

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Everlast World's Boxing Headquarters Corp. v. Transform SR LLC, et al.*,
             Case No. 20 Civ. 9095 (RA)

Dear Judge Abrams:

    We represent defendants and counterclaim-plaintiffs Transform SR LLC, Transform KM LLC and Transform SR Holdings LLC in the referenced action, and write on behalf of all parties in response to the Court's January 13, 2021 Order [Dkt. No. 17], as revised on January 22, 2021 [Dkt. No. 19] (collectively, "Order").

    In the Order, the Court directed the parties to meet and confer, and to jointly propose a schedule for any anticipated motions. Since the Court entered its Order the parties have met and conferred on anticipated motion practice, jurisdictional issues, and related items on several occasions. The parties' discussions have been productive, and in fact, the parties are also currently engaged in settlement discussions. Therefore, the parties believe that further discussions would be beneficial to potentially settling this matter or limiting the issues in dispute. Accordingly, the parties respectfully request that the Court further adjourn the deadline to submit the joint letter an additional week, or up to and including February 3, 2021. These proposed adjournments will not impact any other case deadlines.

Sincerely,

*/s/ Richard A. Chesley*

Richard A. Chesley

cc:    Jed R. Schlacter

Application granted. The parties are directed to submit a joint status update on or before February 3, 2021.

SO ORDERED.

Hon. Ronnie Abrams
01/28/2021