UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERLAST WORLD'S BOXING HEADQUARTERS CORP., | |
| Plaintiff, | No. 20-CV-9095 (RA) |
| v. | ORDER |
| TRANSFORM SR LLC, et al., | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled in principle and that a settlement agreement is in the process of being finalized. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The conference scheduled for February 12, 2021 and all associated deadlines are adjourned *sine die*.

SO ORDERED.

Dated: February 4, 2021
New York, New York

Ronnie Abrams
United States District Judge